GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (#134180)
PETER A. BINKOW (#173848)
MICHAEL GOLDBERG (#188669)
ROBERT V. PRONGAY (#270796)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RENTECH, INC. SECURITIES LITIGATION | Lead Case No. 2:09-cv-09495-GHK (PJWx) <br><br> Hon. George H. King <br><br> **LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** <br><br> Date:  September 26, 2011 <br> Time:  9:30 A.M. <br> Place:  Courtroom 650 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, September 26, 2011, at 9:30 a.m., the undersigned counsel for Lead Plaintiff shall move before the Honorable George H. King, Edward R. Roybal Federal Building & U.S. Courthouse, 255 E. Temple St., Courtroom 650, Los Angeles, CA 90012, for entry of the Proposed Order: (1) awarding Plaintiff's Lead Counsel attorneys' fees; and (2) reimbursing Plaintiff's Lead Counsel's litigation expenses from the Settlement Fund.

This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Peter A. Binkow, the [Proposed] Order submitted concurrently herewith and all pleadings and papers filed in this action, the arguments of counsel, and any other matter that the Court may consider at the hearing of this motion.

Dated: August 22, 2011

Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP

By: *s/ Peter A. Binkow*
Peter A. Binkow
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 22, 2011, I caused to be served the following document:

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

There are no non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2011, at Los Angeles, California.

*s/ Peter A. Binkow*
Peter A. Binkow

CM/ECF - California Central District-  https://ecf.cacd.uscourts.gov/cgi-bin/MailList.pl?244700433143278-L_5...
Case 2:09-cv-09495-GHK-PJW   Document 43   Filed 08/22/11   Page 4 of 4   Page ID #:1511

## Mailing Information for a Case 2:09-cv-09495-GHK-PJW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Melanie Marilyn Blunschi**
  melanie.blunschi@lw.com,svdocket@lw.com,jennifer.duckworth@lw.com

- **Timothy J Burke**
  service@ssbla.com

- **Donald J Enright**
  denright@finkelsteinthompson.com

- **Patrick E Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,Zoila.Aurora@LW.com,jacqueline.haggarty@lw.com,david.hazlehurst@lw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Mark L Punzalan**
  mpunzalan@finkelsteinthompson.com,etripodi@finkelsteinthompson.com,arivas@finkelsteinthompson.com,denright@finkelsteinthompson.com,ttien@finkelsteinthompson.com,jdito@

- **Rosemary M Rivas**
  rrivas@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com,arivas@finkelsteinthompson.com,jdito@finkelsteinthompson.com

- **Elizabeth K Tripodi**
  etripodi@finkelsteinthompson.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)