# EXHIBIT E



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/07/2012 | 12716A |
| **PERIOD START** | **THROUGH DATE** |
| 01/16/2012 | 02/29/2012 |

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

**Project Name: Rentech Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 101 | $0.45 | $45.45 |
| Prep Mail | 5.4 Hrs. | | $297.00 |
| Scan Mail (per img.) | 632 | $0.12 | $75.84 |
| Format and load electronic files (per transaction) | 41,136 | $0.01625 | $668.46 |
| (75% discount from standard pricing) | | | |
| Document Storage - Paper (per box/per month) | 34 | $1.50 | $51.00 |
| Document Storage - Electronic (per img./record per month) | 196,092 | $0.002 | $392.18 |
| (75% discount from standard pricing) | | | |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 139 | $6.95 | $966.05 |
| Deficiency/rejection Claim notification | 132 | $1.50 | $198.00 |
| Additional processing for non-conforming claims | 18.4 Hrs. | | $1,619.50 |
| **Contact Services** | | | |
| Handling of class member communications | 45.8 Hrs. | | $3,971.20 |
| **Distribution Services** | | | |
| Prepare & file annual tax return 2011 & 2012 | 2 | $2,500.00 | $5,000.00 |
| **Project Management** | 77.5 Hrs. | | $11,137.00 |
| **Systems Support** | 9.4 Hrs. | | $1,688.00 |

# INVOICE



| Project Name: Rentech Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees Continued** | | | |
| **Quality Assurance** | 44.4 Hrs. | | $5,689.50 |
| **Total Fees** | | | **$31,799.18** |
| **Project Expense Total (See Exhibit A)** | | | **$754.49** |
| Total | | | **$32,553.67**[1] |
| Outstanding Balance Prior Invoice#11525 | | | $101,652.00 |
| Outstanding Balance Prior Invoice#11526 | | | $69,402.34 |
| Outstanding Balance Prior Invoice#11760 | | | $30,998.40 |
| Outstanding Balance Prior Invoice#11957 | | | $20,125.43 |
| Outstanding Balance Prior Invoice#12155 | | | $13,318.46 |
| **Total** | | | **$268,050.30**[2] |
| Less Client Negotiated Discount | | | ($22,000.00) |
| **Grand Total** | | | **$246,050.30** |

---

[1] Discounts given on Format and Load Electronic files and Document Storage-Electronic for the time period 1/16/2012-2/29/2012 total $3,181.93
[2] Discounts given on Format and Load Electronic files and Document Storage-Electronic from Inception to 2/29/2012 total $20,506.39



# EXHIBIT A

| Project Name: Rentech Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: January 16, 2012 through February 29, 2012 | |
| Address Search | $5.43 |
| Broker Fees | $612.42 |
| Tax Consulting | $105.00 |
| Postage | $5.32 |
| FedEx, Messenger & Shipping | $4.22 |
| Copy Charges | $1.80 |
| Telephone Line Charges | $20.30 |
| **Total** | **$754.49** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/30/2012 | 12155 |
| PERIOD START | THROUGH DATE |
| 12/16/2011 | 01/15/2012 |

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

**Project Name: Rentech Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 219 | $0.45 | $98.55 |
| Prep Mail | 12.9 Hrs. | | $709.50 |
| Scan Mail (per img.) | 3,135 | $0.12 | $376.20 |
| Document Storage - Paper (per box/per month) | 17 | $1.50 | $25.50 |
| Document Storage - Electronic (per img./record per month) | 97,181 | $0.002 | $194.36 |
|    (75% discount from standard pricing) | | | |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 239 | $6.95 | $1,661.05 |
| Additional processing for non-conforming claims | 13.1 Hrs. | | $1,169.00 |
| **Contact Services** | | | |
| Handling of class member communications | 51.5 Hrs. | | $4,067.70 |
| **Project Management** | 19.0 Hrs. | | $2,452.50 |
| **Quality Assurance** | 10.3 Hrs. | | $1,350.00 |
| **Total Fees** | | | **$12,104.36** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,214.10** |
| **Grand Total** | | | **$13,318.46** |



# EXHIBIT A

| Project Name: Rentech Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: December 16, 2011 through January 15, 2012 | |
| Postage | $1,120.63 |
| FedEx, Messenger & Shipping | $72.07 |
| Copy Charges | $21.40 |
| **Total** | **$1,214.10** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/26/2011 | 11526 |
| PERIOD START | THROUGH DATE |
| Inception | 10/15/2011 |

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Project Name: Rentech Securities Litigation – PROCESSING COSTS FROM INCEPTION THROUGH OCTOBER 15, 2011**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 2,884 | $0.45 | $1,297.80 |
| Prep Mail | 97.1 Hrs. | | $5,340.50 |
| Scan Mail (per img.) | 29,238 | $0.12 | $3,508.56 |
| Format and load electronic files (per transaction) | 173,521 | $0.065 | $11,278.87 |
| Document Storage - Paper (per box/per month) | 29 | $1.50 | $43.50 |
| Document Storage - Electronic (per img./record per month) | 207,681 | $0.008 | $1,661.45 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 3,792 | $6.95 | $26,354.40 |
| Print standard acknowledgement postcards | 3,119 | $0.10 | $311.90 |
| Additional processing for non-conforming claims | 30.9 Hrs. | | $3,483.00 |
|   o  Claims including: Split claims, Claims requesting exclusion, Lead Plaintiff Claims | | | |
| **Contact Services** | | | |
| Handling of class member communications | 43.0 Hrs. | | $3,691.30 |
| **Project Management** | | | |
|   o  General project oversight regarding all aspects (mail intake, claim processing and Call Center) | | | |
|   o  Prepare and execute a Supplemental Mailing Affidavit | 31.0 Hrs. | | $4,043.00 |
|   o  Review of Processing Queues | | | |
|   o  Draft procedures for claim processing and document review; training of processors | | | |
| **Systems Support** | | | |
|   o  Finish programming and deploying the calculation of the plan of allocation | | | |
|   o  Create NCOA search files | 28.4 Hrs. | | $3,351.00 |
|   o  Loaded and updated NCOA results in database | | | |
| **Quality Assurance** | | | |
|   o  Review of duplicate claims | | | |
|   o  Review of processing procedures | 29.9 Hrs. | | $3,812.50 |
|   o  Testing numerous claim scenarios for the calculation of the plan of allocation | | | |
|   o  Review claim processing results and handling anomolies | | | |
| **Total Fees** | | | **$68,177.78** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,224.56** |
| **Grand Total** | | | **$69,402.34** |



# EXHIBIT A

| Project Name: Rentech Securities Litigation –PROCESSING COSTS FROM INCEPTION THROUGH OCTOBER 15, 2011 | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: December 02, 2010 through October 15, 2011 | |
| FedEx, Messenger & Shipping | $1,182.86 |
| PACER Charges | $32.72 |
| Telephone Line Charges | $8.98 |
| | |
| **Total** | **$1,224.56** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/26/2011 | 11525 |
| **PERIOD START** | **THROUGH DATE** |
| Inception | 10/15/2011 |

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Project Name: Rentech Securities Litigation – NOTICE COSTS FROM INCEPTION THROUGH OCTOBER 15, 2011**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of 8 pg. Notice and 4 pg. Proof of Claim Form | 58,073 | $0.49 | $28,455.77 |
| Summary Notice Publication | | | $2,454.60 |
| *The Investor's Business Daily* | | | |
| *Globe Newswire* | | | |
| Enter name and address records into database (electronic) | 51,140 | $0.065 | $3,324.10 |
| Enter name and address records into database (hard copy) | 3,174 | $0.45 | $1,428.30 |
| Remails | 500 | $0.65 | $325.00 |
| **Imaging, Document Management & Storage** | | | |
| Sort returned/undeliverable Mail | 1,964 | $0.45 | $883.80 |
| Process undeliverable mail | 1,609 | $0.25 | $402.25 |
| **Contact Services** | | | |
| Handling of class member communications and nominees as related to Notice | 52.5 Hrs. | | $4,245.90 |
| **Project Management** | | | |
| o  Prepare and execute De minimus and Mailing Affidavit | | | |
| o  Receipt and review of Court documents | | | |
| o  Receipt and review of Notice and Proof of Claim Form | 84.2 Hrs. | | $11,254.00 |
| o  Coordinate necessary publications | | | |
| o  Coordinate with transfer agents for receipt of class data | | | |
| o  Oversee the mailing process | | | |
| o  Review the plan of allocation | | | |
| o  Coordinate with numerous brokers and nominee purchasers | | | |
| **Systems Support** | | | |
| o  Create print files – including initial mailing files and NCOA search files | | | |
| o  Loaded and updated NCOA results in database | 40.7 Hrs. | | $5,192.00 |
| o  Setting up database | | | |
| o  Begin Programming the plan of allocation | | | |
| **Quality Assurance** | | | |
| o  Review of print files – including initial mailing files and NCOA search files | | | |
| o  Review stats for Mailing affidavit where appropriate | 11.9 Hrs. | | $1,630.00 |
| o  Review print files and remove account numbers | | | |
| **Total Fees** | | | **$59,595.72** |
| **Total Project Expenses (See Exhibit A)** | | | **$42,056.28** |
| **Grand Total** | | | **$101,652.00** |



**EXHIBIT A**

| Description | Amount |
|---|---|
| **Project Name: Rentech Securities Litigation – NOTICE COSTS FROM INCEPTION THROUGH OCTOBER 15, 2011** | |

| Description | Amount |
|---|---|
| **Project Expenses** | |
| For the period: December 02, 2010 through October 15, 2011 | |
| Address Search | $1.33 |
| Broker Fees | $14,457.96 |
| Postage | $27,351.41 |
| FedEx, Messenger & Shipping | $245.58 |
| **Total** | **$42,056.28** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200          -Or-
Lake Success, NY 11042

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/30/2011 | 11760 |
| **PERIOD START** | **THROUGH DATE** |
| 10/16/2011 | 11/15/2011 |

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

**Project Name: Rentech Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 899 | $0.45 | $404.55 |
| Prep Mail | 28.8 Hrs. | | $1,584.00 |
| Scan Mail (per img.) | 9,452 | $0.12 | $1,134.24 |
| Format and load electronic files (per transaction) | 269,390 | $0.0163 | $4,377.59 |
| (75% discount from standard pricing) | | | |
| Document Storage - Electronic (per img./record per month) | 91,269 | $0.002 | $182.54 |
| (75% discount from standard pricing) | | | |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 1,477 | $6.95 | $10,265.15 |
| Additional processing for non-conforming claims | 33.5 Hrs. | | $3,372.00 |
| **Contact Services** | | | |
| Handling of class member communications | 24.3 Hrs. | | $2,017.20 |
| **Project Management** | 30.0 Hrs. | | $3,781.50 |
| **Quality Assurance** | 24.8 Hrs. | | $3,288.50 |
| **Total Fees** | | | **$30,407.27** |
| **Total Project Expenses (See Exhibit A)** | | | **$591.13** |
| **Subtotal** | | | **$30,998.40** |

# INVOICE



| Project Name: Rentech Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| Outstanding Balance Prior Invoices | | | |
|     Inv. #11525 | | | $101,652.00 |
|     Inv. #11526 | | | $69,402.34 |
| | | | |
| **Grand Total** | | | **$202,052.74** |



# EXHIBIT A

| Project Name: Rentech Securities Litigation | | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: October 16, 2011 through November 15, 2011 | | |
| Address Search | | $0.09 |
| Postage | | $511.57 |
| FedEx, Messenger & Shipping | | $44.88 |
| Copy Charges | | $33.40 |
| Telephone Line Charges | | $1.19 |
| **Total** | | **$591.13** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/27/2011 | 11957 |
| PERIOD START | THROUGH DATE |
| 11/16/2011 | 12/15/2011 |

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

**Project Name: Rentech Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 277 | $0.45 | $124.65 |
| Prep Mail | 10.7 Hrs. | | $588.50 |
| Scan Mail (per img.) | 2,503 | $0.12 | $300.36 |
| Format and load electronic files (per transaction) | 51,481 | $0.01625 | $836.57 |
| (75% discount from standard pricing) | | | |
| Document Storage - Paper (per box/per month) | 15 | $1.50 | $22.50 |
| Document Storage - Electronic (per img./record per month) | 91,882 | $0.002 | $183.76 |
| (75% discount from standard pricing) | | | |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 343 | $6.95 | $2,383.85 |
| Deficiency/rejection Claim notification | 3,727 | $1.50 | $5,590.50 |
| Additional processing for non-conforming claims | 21.9 Hrs. | | $2,146.00 |
| **Contact Services** | | | |
| Handling of class member communications | 24.7 Hrs. | | $2,026.50 |
| **Project Management** | 21.1 Hrs. | | $2,905.50 |
| **Systems Support** | 1.6 Hrs. | | $320.00 |
| **Quality Assurance** | 8.6 Hrs. | | $1,104.50 |
| **Total Fees** | | | **$18,533.19** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,592.24** |
| **Subtotal** | | | **$20,125.43** |

# INVOICE



| Project Name: Rentech Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Outstanding Balance Prior Invoices:** | | | |
| Invoice#11525 | | | $101,652.00 |
| Invoice#11526 | | | $69,402.34 |
| Invoice#11760 | | | $30,998.40 |
| **Grand Total** | | | **$222,178.17** |



# EXHIBIT A

| Project Name: Rentech Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: November 16, 2011 through December 15, 2011 | |
| Broker Fees | $1,544.68 |
| Postage | $30.15 |
| FedEx, Messenger & Shipping | $5.02 |
| Address Search | $12.05 |
| Telephone Line Charges | $0.34 |
| **Total** | **$1,592.24** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33