# EXHIBIT F



INVOICE No. 12716B

May 7, 2012

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

I. **Check Distribution- Fees**

| | |
|---|---:|
| Prepare & Print Checks 1,632 @ $1.25 | $2,040.00 |
| Project Management | $2,220.00 |
| Quality Assurance | $1,850.00 |
| Systems Support | $1,850.00 |
| Mailroom Services | $275.00 |
| *Subtotal of Check Distribution Fees* | $8,235.00 |

**Check Distribution- Expenses**

| | |
|---|---:|
| Postage | $734.40 |
| *Subtotal of Check Distribution Expenses* | $734.40 |
| *Total of Check Distribution Fees & Expenses* | **$8,969.40** |

II. **Post-Distribution Work- Fees (Assumes 6 months)**

| | |
|---|---:|
| Reissue Checks 82 @ $1.95 | $159.90 |
| In-bound Claimant Correspondence ~Handle escalated incoming calls, emails & written correspondence (Standard Hourly Rates) | $1,050.00 |
| Project Management | $1,850.00 |
| Quality Assurance | $370.00 |
| Systems Support | $370.00 |
| Banking Services | $750.00 |
| Mailroom | $550.00 |
| *Subtotal of Post-Distribution Work Fees* | $5,099.90 |

|   |   |   |
|---|---|---|
| | **Post-Distribution Work- Expenses** | |
| | Postage | $36.90 |
| | FedEx, Copies, Line Charges | $100.00 |
| | *Subtotal of Post-Distribution Work Expenses* | $136.90 |
| | *Total of Post-Distribution Work Fees & Expenses* | **$5,236.80** |
| III. | **Ancillary Services- Fees** | |
| | OFAC Search Charge | $350.00 |
| | Paper Storage, 17 boxes @ $1.50 per box per month for 12 months | $306.00 |
| | *Subtotal of Ancillary Fees* | $656.00 |
| | **Ancillary Services- Expenses** | |
| | Disposal of files | $97.75 |
| | | $97.75 |
| | *Subtotal of Ancillary Expenses* | |
| | *Total of Ancillary Fees & Expenses* | **$753.75** |
| | **GRAND TOTAL FEES AND EXPENSES:** | **$14,959.95** |

**Please Remit To:**

The Garden City Group, Inc.  
1985 Marcus Ave, Suite 200  
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.  
Operating A/C  
Signature Bank  
1225 Franklin Avenue  
Garden City, NY 11530

ABA # - 026013576  
A/C # - 1501168234  
Tax ID # - 11-3235454  
Swift Code- SIGNUS33